Marc Albert, Bar No. 26096
Darrell W. Clark, Bar No. 43943
Katherine M. Sutcliffe Becker, Bar No. 65256
STINSON MORRISON HECKER LLP
1150 18th Street, NW, Suite 800
Washington, DC  20036-3816
(202) 785-9100; (202) 785-9163
malbert@stinson.com
dclark@stinson.com
kbecker@stinson.com
Attorneys for Weitz Golf International, a division
of The Weitz Company LLC

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

|  |  |
|---|---|
| In re | ] |
|  | ] |
| PRESIDENTIAL GOLF PARTNERS, LLC, ] | Case No. 08-15654-RGM |
|  | ] (Chapter 7) |
| Debtor. | ] |

## OBJECTION TO TRUSTEE'S NOTICE OF ABANDONMENT OF PROPERTY (DE 16)

TO THE HONORABLE ROBERT G. MAYER, UNITED STATES BANKRUPTCY JUDGE:

Comes Now, Weitz Golf International ("Weitz Golf"), a division of The Weitz Company LLC, and as its Objection to Trustee's Notice of  Abandonment of Property respectfully states as follows:

1.     This Chapter 7 proceeding was filed on September 16, 2008.  No schedules or statement of financial affairs has been filed.  The § 341 meeting has not been held.  It is presently scheduled for October 20, 2008.

2.     The Debtor's primary asset is a golf course, portions of which opened in September, 2008.

3.     On September 26, 2008, the Chapter 7 Trustee filed a Notice of Abandonment that includes the golf course assets.

4.      Weitz Golf objects to the Trustee's Notice as premature.  This case is in the early stages of a Chapter 7 proceeding.  None of the Code-required written information has been provided, such as the schedules and the statement of financial affairs.  Further, no testimony from the Debtor's designee has been considered.

5.      Weitz Golf also objects to the Trustee's notice as perhaps not fully informed. Weitz Golf developed and installed the golf course, a process of many months of work.  During that time, Weitz Golf developed a basis of knowledge about both the project and those in control. Conversely, the Trustee presided over this case for a mere 10 days before deciding that the project merited abandonment.  Weitz Golf suggests that the Trustee's decision might benefit from further consideration after hearing the views of creditors.

6.      Weitz Golf reserves the right to supplement this Notice as facts are developed following review of the schedules, the statement of financial affairs, and the testimony of the Debtor's designee.

WHEREFORE, for the following reasons, Weitz Golf objects to the Trustee's Notice of Abandonment.

Dated: October 14, 2008                  Respectfully submitted:

/s/ Darrell W. Clark
Marc E. Albert 26096
Darrell W. Clark 43943
Katherine M. Sutcliffe Becker 65256
Stinson Morrison Hecker LLP
1150 18th Street, NW
Suite 800
Washington, DC 20008
Tel: 202-785-9100
Fax: 202-785-9163

Attorneys for Weitz Golf International a division of
The Weitz Company LLC

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Objection to Trustee's Notice of Abandonment of Property (DE 16) was served via the Court's ECF system or via first class mail, postage prepaid, this 14th day of October, 2008, to the following:

Stephen E. Leach, Esq.
D. Marc Sarata, Esq.
Leach Travell Britt P.C.
8270 Greensboro Drive
Suite 1050
McLean, Virginia  22102

Robert O. Tyler, Trustee
Tyler, Bartl & Ramsdell, PLC
700 S. Washington Street
Suite 216
Alexandria, VA  22314

Brian F. Kinney, Esq.
Miles & Stockbridge, PC
1751 Pinnacle Dr., Suite 500
McLean, VA 22102-3833

Treasurer, County of Loudoun, Virginia
Attention:  Collections/Bankruptcy Div.
P.O. Box 347 (MSC #31)
Leesburg, VA 20178-0347

John M. Tran, Esq.
DiMuro Ginsberg, P.C.
908 King Street
Suite 200
Alexandria, VA 22314

Linda S. Broyhill, Esq.
Reed Smith LLP
3110 Fairview Park Drive
Suite 1400
Falls Church, VA 22042

Geoffrey S. Gavett, Esq.
Gavett and Datt, P.C.
15850 Crabbs Branch Way
Suite 180
Rockville, MD 20855

Karen J. Stapleton, Esq.
Assistant County Attorney
The County of Loudoun, Virginia
Post Office Box 7000 (MSC #06)
Leesburg, VA 20177-7000

Douglas Scott, Esq.
Douglas A. Scott, PLC
1805 Monument Avenue
Suite 311
Richmond, VA 23220

Stephen J. Annino, Esq.
Kasimer & Annino, P.C.
7653 Leesburg Pike
Falls Church, VA 22043

/s/ Darrell W. Clark
Darrell W. Clark